**CITY OF KIRKWOOD, Respondent,**

v.

**Randolph NORTH et. al., Appellant.**

No. ED 77720.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 19, 2001.

Application to Transfer Denied
May 29, 2001.

Blair K. Drazic, St. Louis, MO, for appellants.

William J. Travis, Greensfelder, Hemker & Gale, P.C., St. Louis, MO, for respondent.

Before AHRENS, P.J., CRANDALL and JAMES R. DOWD, JJ.

**ORDER**

PER CURIAM.

Randolph North appeals from a judgment of the circuit court after the court denied him a third continuance. North alleges that the court abused its discretion because his counsel fell ill prior to trial and he lacked sufficient time to procure a substitute.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. The judgment is affirmed in accordance with Rule 84.16(b).